UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ACE AMERICAN INSURANCE
COMPANY, RANDY DAHL, LINDA
HOSTE and STANLEY SCHILL,

         Plaintiffs,

    v.

KIEWIT-GENERAL-MANSON, A JOINT
VENTURE,

        Defendant.

CASE NO. 2:18-cv-1384-BAT

**ORDER OF DISMISSAL**

    The parties having stipulated for dismissal of the above-entitled matter with prejudice and without costs (Dkt. 13); and the Court being fully advised in the premises; now, therefore,

    IT IS **ORDERED, ADJUDGED AND DECREED** that this case is dismissed with prejudice and without costs.

    DATED this 4th day of June, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER OF DISMISSAL - 1